UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALISA MARY SANDERSON,

        Plaintiff,

v.                                                          Case No. 18-11332
                                                            Hon.
                                                            WCCC Case No. 18-003307-NO

DEARBORN HEIGHTS POLICE OFFICERS
CORPORAL CARRIE HATTEN, OFFICER HERR,
OFFICER SCHNELL, CORPORAL CIOCHON,
CORPORAL SWIRPLE AND VARIOUS UNKNOWN
JOHN DOE OFFICERS OF THE DEARBORN HEIGHTS
POLICE DEPARTMENT,

        Defendants.
_____

RUBIN & RUBIN, P.L.L.C
IRIS E. RUBIN (P35065)
Attorneys for Plaintiff
31396 Northwestern Hwy.
Farmington Hills, MI  48334
248.865.0022
irubin@rubinandrubinpllc.com

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
JEFFREY R. CLARK (P33074)
Attorneys for Defendants
17436 College Parkway
Livonia, MI  48152
734.261.2400
jclark@cmda-law.com
_____

## NOTICE OF PETITION FOR REMOVAL OF ACTION

00684860-1

Defendants in support of the Notice of Petition for Removal of Action state:

1.   Defendant Officers were served with a summons and complaint on or about April 2, 2018.

2.   The Complaint was filed in the Wayne County Circuit Court alleging state and federal law claims.

3.   Plaintiff alleges in part that the Plaintiff was deprived of her constitutional rights in violation of 42 USC Section 1983.

4.   The allegations, involving claims arising under the Constitution and laws of the United States, are within the original jurisdiction of this United States District Court.

5.   Pursuant to 28 USC Sections 1331 and 1441, removal of this action from State Circuit Court to the United States District is proper.

Defendants therefore request that this Court grant their Petition for Removal of Action.

00684860-1

Respectfully Submitted,

CUMMINGS, McCLOREY, DAVIS & ACHO, PLC

s/Jeffrey R. Clark
17436 College Parkway
Livonia, Michigan  48152
Attorneys for Defendants
(734) 261-2400  Fax: (734) 261-4510
jclark@cmda-law.com
(P-33074)

Dated:  April 30, 2018

## BRIEF IN SUPPORT OF NOTICE OF PETITION FOR REMOVAL OF ACTION

Defendants in support of their Petition for Removal of Action herein

relies upon 28 USC Sections 1331, 1441 and 1446.

Respectfully Submitted,

CUMMINGS, McCLOREY, DAVIS & ACHO, PLC

s/Jeffrey R. Clark
17436 College Parkway
Livonia, Michigan  48152
Attorneys for Defendants
(734) 261-2400  Fax: (734) 261-4510
jclark@cmda-law.com
(P-33074)

Dated:  April 30, 2018

00684860-1

# RUBIN & RUBIN, P.L.L.C.

Attorneys and Counselors at Law

---

A Professional Limited Liability Company

Carl L. Rubin (1943-1998)
Iris E. Rubin
Rebecca S. Klein

31396 Northwestern Highway
Farmington Hills, MI 48334

(248) 865-0022 - Phone
(248) 865-7265 – Fax

E-mail: irubin@rubinandrubinpllc.com

*Also licensed in Colorado
& Pennsylvania.

March 29, 2018

**RECEIVED**

APR 0 2 2018

Dearborn Heights
Mayor's Office

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

City of Dearborn Heights
Mayor's Office
6045 Fenton
Dearborn Heights, MI 48127

**Re:** *Sanderson v. Dearborn Heights Police Department, et al.*
*Wayne County Case No.: 18-003307-NO*

Dear Sir/Madam:

Enclosed please find the following relative to the above-entitled matter:

1. Plaintiff's Verified Complaint;
2. Summons and Complaint – Officer Carrie Hatten;
3. Summons and Complaint – Officer D. Herr;
4. Summons and Complaint – Officer Schnell;
5. Summons and Complaint – Officer Ciochon;
6. Summons and Complaint - Officer Swirple; and
7. Summons and Complaint – Officer John/Jane Doe

Should you have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,

RUBIN & RUBIN, P.L.L.C.

Iris E. Rubin
irubin@rubinandrubinpllc.com

IER/yrt
Enclosures

18-003307-NO FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 3/23/2018 5:24 PM Inga Robertson

RUBIN & RUBIN, P.L.L.C.
ATTORNEYS AT LAW
31396 NORTHWESTERN HWY
FARMINGTON HILLS, MI
48334
(248) 865-0022
FAX (248) 865-7265

## STATE OF MICHIGAN

## WAYNE COUNTY CIRCUIT COURT

ALISA MARY SANDERSON,

         Plaintiff,

Case Number. 18 - 003307 - NO
Hon. David J. Allen

-vs-

DEARBORN HEIGHTS POLICE OFFICERS
CORPORAL CARRIE HATTEN, OFFICER HERR,
OFFICER SCHNELL, CORPORAL CIOCHON,
CORPORAL SWIRPLE AND VARIOUS UNKNOWN
JOHN DOE OFFICERS OF THE DEARBORN
HEIGHTS POLICE DEPARTMENT

        Defendants.

_____/

**RUBIN & RUBIN, P.L.L.C.**
**IRIS E. RUBIN (P35065)**
Attorneys for Plaintiff
31396 Northwestern Highway
Farmington Hills, MI 48334
(248) 865-0022
(248) 865-7265 – Fax
irubin@rubinandrubinpllc.com

_____/

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action, not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having assigned to a judge in this Court.

## PLAINTIFF'S VERIFIED COMPLAINT

NOW COMES the Plaintiff, **ALISA MARY SANDERSON**, by and through counsel, **IRIS E. RUBIN** and **RUBIN & RUBIN, P.L.L.C.**, and for her Verified Complaint, states as follows:

## JURISDICTION AND VENUE

1.    That at all times relevant hereto, the Plaintiff, **ALISA MARY SANDERSON**, is a resident of the Milan, County of Monroe, State of Michigan.

2.    That upon information and belief and at all pertinent times, the named Defendants, including **CORPORAL CARRIE HATTEN, OFFICER HERR, OFFICER SCHNELL, CORPORAL CIOCHON, CORPORAL SWIRPLE**, were all police officers employed by the Dearborn Heights Police Department in Dearborn Heights, Michigan and were involved in the wrongful arrest, assault and false imprisonment of the Plaintiff herein as well as the improper forfeiture of Plaintiffs' personal property. .

3.    That upon information and belief and at all pertinent times, various other unknown **JOHN /JANE DOE OFFICERS** believed to be police officers employed by the Dearborn Heights Police Department in Dearborn Heights, Michigan were involved in the wrongful arrest, assault and false imprisonment of the Plaintiff herein as well as the improper forfeiture of Plaintiffs' personal property.

4.    That all the events relative hereto occurred within the City of Dearborn Heights, County of Wayne, State of Michigan.

5.    That the amount in controversy exceeds **TWENTY-FIVE THOUSAND and 00/100 ($25,000.00) DOLLARS**, exclusive of costs, interest and attorney fees.

## BACKGROUND FACTS

6.    Plaintiff re-alleges and reaffirms Paragraphs 1-5 of this Complaint as if fully stated herein.

RUBIN & RUBIN, P.L.L.C.
ATTORNEYS AT LAW
396 NORTHWESTERN HWY
FARMINGTON HILLS, MI
48334
(248) 865-0022
FAX (248) 865-7265

18-003307-NO   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   3/23/2018 5:24 PM   Inga Robertson

18-003307-NO FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 3/23/2018 5:24 PM Inga Robertson

RUBIN & RUBIN, P.L.L.C.
ATTORNEYS AT LAW
396 NORTHWESTERN HWY
FARMINGTON HILLS, MI
48334
(248) 865-0022
FAX (248) 865-7265

7. That on or about the 23rd day of March, 2016, Plaintiff, **ALISA MARY SANDERSON,** was lawfully in her home when she was wrongfully arrested and imprisoned and her personal property confiscated and thereafter forfeited by the Defendant Officers with no probable cause to arrest her or confiscate her personal property.

8. That Plaintiff, **ALISA MARY SANDERSON,** was surrounded by no less than (5) five armed Dearborn Heights Police Officers who entered her home in Dearborn Heights, Michigan with a search warrant based on the false belief that there was an **illegal** marijuana grow operation at the home and therefore unlawfully searched her, seized her cash and personal property valued in excess of Seven Thousand ($7,000) Dollars and subsequently arrested her and transported her to the Dearborn Heights Police Department where she was booked and jailed for a period of no less than thirty -six (36) hours after which she was released with no charges being filed.

9. That at no time was Plaintiff, **ALISA MARY SANDERSON,** charged with any crime, yet the money she posted to ensure the return of all of her property including the cash wrongfully taken from her has never been returned.

10. That as a direct result of the actions of the Defendants, including but not limited to **CORPORAL CARRIE HATTEN, OFFICER HERR, OFFICER SCHNELL, CORPORAL CIOCHON, CORPORAL SWIRPLE,** as well as other unknown officers of the City of Dearborn Heights Police Department, Plaintiff sustained damages more fully set forth below.

18-003307-NO FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 3/23/2018 5:24 PM Inga Robertson

### FALSE ARREST/FALSE IMPRISONMENT

11. Plaintiff re-alleges and reaffirms Paragraphs 1-10 of this Complaint as if fully stated herein.

12. That the Defendants, , including but not limited to **CORPORAL CARRIE HATTEN, OFFICER HERR, OFFICER SCHNELL, CORPORAL CIOCHON, CORPORAL SWIRPLE,** and other unknown officers of the City of Dearborn Heights Police Department, caused Plaintiff to be falsely arrested and imprisoned , notwithstanding that they knew or through the exercise of ordinary care should have known, that there was no lawful basis for arresting or causing the arrest and imprisonment of the Plaintiff herein, in that she had both a Marijuana Grow Certificate from the State of Michigan, a Medical Marijuana Certificate from the State of Michigan as well as a certificate allowing her to provide medical marijuana to her ailing and aging mother who resided with her as well as for herself and also had prescriptions for all of the medications found in the home.

13. That despite such knowledge, the Defendants, one and all of them intended to, and did, in fact place Plaintiff under arrest against her will.

14. That upon determination by the Officers that Plaintiff was lawfully in possession of a Marijuana Grow Certificate from the State of Michigan, a Medical Marijuana Certificate from the State of Michigan as well as a certificate allowing her to provide medical marijuana to her self and her ailing and aging mother who resided in the home with her along with prescriptions for all of the medications that were found in the home, the Defendant Officers knew or should have known

RUBIN & RUBIN, P.L.L.C.
ATTORNEYS AT LAW
396 NORTHWESTERN HWY
FARMINGTON HILLS, MI
48334
(248) 865-0022
FAX (248) 865-7265

that there was no lawful basis for arresting, assaulting, or falsely imprisoning Plaintiff herein.

15.   That at all times, Plaintiff was aware that she was under arrest and that same was against her will.

16.   That as a result of the aforementioned arrest, Plaintiff was restrained by handcuffs and transported by Defendants to the Dearborn Heights Police Department where she was booked and placed in a jail cell and held for thirty -six (36 ) hours before being released with no charges being filed  against her but with her  personal property and cash, in excess of Seven Thousand ($7000) Dollars, confiscated and forfeited and never  returned.

17.   That said arrest and detention by Defendants **CORPORAL CARRIE HATTEN, OFFICER HERR, OFFICER SCHNELL, CORPORAL .CIOCHON, CORPORAL SWIRPLE** of the City of Dearborn Heights   Police Department was unlawful and  against  the will of Plaintiff.   Further, the arrest and detention was intended to, and did, in fact, deprive Plaintiff of her personal liberty and freedom of movement.

## ASSAULT AND BATTERY

18.   Plaintiff re-alleges and reaffirms Paragraphs 1-17  of this Complaint as if fully stated herein.

19.   That  the actions of Defendants, in searching, handcuffing and forcibly putting  Plaintiff into the squad car, amounts to unwanted touching sufficient for an assault  and  battery,  which  was  committed  without  provocation,  privilege  or justification.

RUBIN & RUBIN, P.L.L.C.
ATTORNEYS AT LAW
396 NORTHWESTERN HWY
FARMINGTON HILLS, MI
48334
(248) 865-0022
FAX (248) 865-7265

18-003307-NO   FILED IN MY OFFICE   WAYNE COUNTY CLERK   3/23/2018 5:24 PM   Cathy M. Garrett   Inga Robertson

RUBIN & RUBIN, P.L.L.C.
ATTORNEYS AT LAW
30396 NORTHWESTERN HWY
FARMINGTON HILLS, MI
48334
(248) 865-0022
FAX (248) 865-7265

## 42 USC 1983

20.     Plaintiff re-alleges and reaffirms Paragraphs1-19 of this Complaint as if fully stated herein.

21.     That by reasons of the acts as set forth in this Complaint, Defendant Officers, acting under state law, with oppression and malice, did subject the Plaintiff to deprivation of her rights, privileges and immunities as secured by the Constitution of the United States, specifically:

a.     A person's right to be secure in their person as provided by the 4th and 14th Amendments to the United States Constitution;

b.     A person's right to be free from unreasonable searches and seizures as provided by the 4th and 14th Amendments to the United States Constitution;

c.     A person's right not to be deprived of life, liberty or property without due process of law secured by the 5th and 14th Amendments of the United States Constitution; and

d.     A person's right not to be deprived of the equal protection of laws as provided by the 4th and 14th Amendments to the United States Constitution.

22.     That the actions of Defendant Officers herein, under the color of the law, were in accordance with the policy, custom, practice, or usage of the City of Dearborn Heights Police Department's policy of deliberate indifference to the constitutional rights of the Plaintiff, and were both a cause in fact in the proximate cause of the damages as set forth more fully below.

RUBIN & RUBIN, P.L.L.C.
ATTORNEYS AT LAW
396 NORTHWESTERN HWY
FARMINGTON HILLS, MI
48334
(248) 865-0022
FAX (248) 865-7265

## GROSS NEGLIGENCE

23. Plaintiff re-alleges and reaffirms Paragraphs 1-22 of this Complaint as if fully stated herein.

24. That the Defendant Officers owed Plaintiff a duty to perform their work as law enforcement officers competently and without causing harm or injury.

25. That all of the Defendant Officers had a duty to Plaintiff not to violate her constitutional rights as secured by both the United States Constitution and the Constitution of the State of Michigan and not to commit an assault and battery as set forth in this Complaint.

26. That the actions of all of the Defendants amounted to gross negligence in that their actions were so reckless as to demonstrate a substantial lack of concern for whether injury results.

27. That as a direct and proximate result of Defendants' gross negligence, the Plaintiff has suffered those damages as more fully set forth herein.

## VIOLATIONS OF THE MICHIGAN CONSTITUTION

28. Plaintiff re-alleges and reaffirms Paragraphs 1-27 of this Complaint as if fully stated herein.

29. That by reasons of the acts set forth in this Complaint, Defendants, including but not limited to **CORPORAL CARRIE HATTEN, OFFICER HERR, OFFICER SCHNELL, CORPORAL CIOCHON, CORPORAL SWIRPLE,** and other unknown officers of the City of Dearborn Heights Police Department acted under color of State law with oppression and malice, and did subject the Plaintiff

to a deprivation of her rights, privileges and immunities as secured by the Constitution of the State of Michigan, specifically:

a. Plaintiff's right not to be deprived of equal protection of laws as secured by MCLA Const Art 1, Sec 2;

b. Plaintiff's right not to be subjected to unreasonable searches and seizures by MCLA Const Art 1, Sec 11; and

c. Plaintiff's right not to be deprived of life, liberty or property as secured by MCLA Const Art 1, Sec 17.

30. That Defendant Officers acted under a policy, practice and usage of the City of Dearborn Heights Police Department of deliberate indifference to the constitutional rights of Plaintiff as secured by the Michigan Constitution, which was both the cause and fact, and proximate cause of the injuries as set forth more fully below in this Complaint.

## GROSS NEGLIGENCE

31. Plaintiff re-alleges and reaffirms Paragraphs 1-30 of this Complaint as if fully stated herein.

32. That Defendant Officers, one and all of them, owed Plaintiff a duty to perform their work as a law enforcement officer competently and without causing harm or injury.

33. That Defendant Officers, one and all of them, had a duty to Plaintiff not to violate her constitutional rights as secured by both the United States Constitution and the Constitution of the State of Michigan and not to cause an

18-003307-NO FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 3/23/2018 5:24 PM Inga Robertson

RUBIN & RUBIN, P.L.L.C.
ATTORNEYS AT LAW
30396 NORTHWESTERN HWY
FARMINGTON HILLS, MI
48334
(248) 865-0022
FAX (248) 865-7265

assault and battery upon her as set forth more fully in this Complaint.

34. That the actions of all of the Defendants Officers amounted to gross negligence in that their actions were so reckless as to demonstrate a substantial lack of concern for whether injury results.

35. That as a direct and proximate result of Defendants Officers' gross negligence, the Plaintiff has suffered those damages as more fully set forth below.

## DAMAGES

36. Plaintiff re-alleges and reaffirms Paragraphs 1-35 of this Complaint as if fully stated herein.

37. That as a direct and proximate result of the actions of the Defendants, including but not limited to **CORPORAL CARRIE HATTEN, OFFICER HERR, OFFICER SCHNELL, CORPORAL CIOCHON, CORPORAL SWIRPLE**, and other unknown officers of the City of Dearborn Heights Police Department the Plaintiff has suffered severe and permanent damages including, but not limited to:

    a. Extreme shock, fear and mortification and emotional distress;

    b. Loss of her personal liberty and freedom by being wrongfully incarcerated;

    c. Loss of personal property and cash valued in excess of Seven Thousand ($7000) Dollars which was confiscated at the time of the arrest from both her person and her property.

38. That pursuant to 42 USC 1983 and 1988, the Plaintiff is entitled to recover, in addition to all compensatory damages proved, both punitive damages and reasonable attorney fees.

**WHEREFORE**, Plaintiff prays this Honorable Court enter a Judgment in favor of Plaintiff against Defendants, including but not limited to **CORPORAL CARRIE HATTEN, OFFICER HERR, OFFICER SCHNELL, CORPORAL CIOCHON, CORPORAL SWIRPLE**, and other unknown officers of the City of Dearborn Heights Police Department, in an amount in excess of TWENTY-FIVE THOUSAND and 00/100 ($25,000.00) DOLLARS, which this Court believes fair and equitable and which includes an award of punitive damages and attorney fees.

Respectfully submitted,

RUBIN & RUBIN, P.L.L.C.

By /S/ Iris E. Rubin

**IRIS E. RUBIN (P35065)**
Attorneys for Plaintiffs
31396 Northwestern Highway
Farmington Hills, MI 48334
(248) 865-0022
irubin@rubinandrubinpllc.com

Dated: March 23, 2018

18-003307-NO FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 3/23/2018 5:24 PM Inga Robertson

"I DECLARE THAT THE STATEMENTS ABOVE ARE TRUE TO THE BEST OF MY INFORMATION, KNOWELDGE AND BELIEF."

_____
ALISA MARY SANDERSON

STATE OF MICHIGAN )
                  )SS.
COUNTY OF OAKLAND )

On this __23__ day of _March_ _____, 2018, before me, a Notary Public in aforesaid State and County, personally appeared the above-named Plaintiff, who, being first duly sworn, deposed and stated that she has read the foregoing Verified Complaint subscribed by her and knows the contents thereof and that the same is true of her own knowledge, except as to those matters which are therein contained, stated to be upon information and belief, and as to those matters, she believes it to be true.

Rebecca S. Klein
NOTARY PUBLIC
Oakland County Michigan
Acting in Oakland County
My Commission Expires: 12/08/2022

REBECCA S. KLEIN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires Dec. 08, 2022
Acting in the County of

Respectfully submitted,

RUBIN & RUBIN, P.L.L.C.

By: _____
IRIS E. RUBIN (P35065)
Attorneys for Plaintiff
31396 Northwestern Highway
Farmington Hills, MI 48334
(248) 865-0022

Dated: March 23, 2018

RUBIN & RUBIN, P.L.L.C.
ATTORNEYS AT LAW
31396 NORTHWESTERN HWY
FARMINGTON HILLS, MI 48334
(248) 865-0022
FAX (248) 865-7265

Approved, SCAO

| Original - Court | 2nd Copy - Plaintiff |
| 1st Copy- Defendant | 3rd Copy -Return |

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS AND COMPLAINT | CASE NO 18-003307-NO Hon.David J. Allen |
|---|---|---|

Court Address 2 Woodward Ave., Detroit MI 48226                                    Court Telephone No. 313-224-0250

| **Plaintiff** | | **Defendant** |
|---|---|---|
| Sanderson, Alisa Mary | v | Hatten, Carrie |

**Plaintiff's Attorney**

Iris E. Rubin 35065
31396 Northwestern Hwy Ste D
Farmington Hills, MI 48334-2534

**SUMMONS NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued 3/23/2018 | This summons expires 6/22/2018 | Court clerk Inga Robertson |
|---|---|---|

**Family Division Cases** (The following is information required in the caption of every complaint and is to be completed by the plaintiff.)

☐ This case involves a minor who is under the continuing jurisdiction of another Michigan court.The name of the court, file number and details are on page _____ of the attached complaint.

☐ There is no other pending or resolved action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**Civil Cases** (The following is information required in the caption of every complaint and is to be filled by the plaintiff.)

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ There is no other pending or resolved civil action arise out of the same transaction or occurrence as alleged in the complaint.

☐ An civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Place where action arose or business conducted | |

| Date | Signature of attorney/plaintiff |
|---|---|

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (6/17) SUMMONS AND COMPLAINT MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

Note to Plaintiff: The summons is invalid unless served on or before its expiration date.

**SUMMONS AND COMPLAINT**
**18-003307-NO**

## PROOF OF SERVICE

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE**       **OR**       ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☐ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____

List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge and belief

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect Address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |
| | | | | Title |

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                              Date

My commission expires: _____   Signature: _____
                              Date                              Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                              Attachments

_____ on _____
                                                              Day, date, time

_____ on behalf of _____
Signature

Approved, SCAO

| | Original - Court<br>1st Copy- Defendant | 2nd Copy - Plaintiff<br>3rd Copy -Return |
|---|---|---|

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS AND COMPLAINT | CASE NO<br>18-003307-NO<br>Hon.David J. Allen |
|---|---|---|

Court Address 2 Woodward Ave., Detroit MI 48226                                    Court Telephone No. 313-224-0250

| Plaintiff<br><br>Sanderson, Alisa Mary | v | Defendant<br><br>Herr, D. |
|---|---|---|
| Plaintiff's Attorney<br><br>Iris E. Rubin 35065<br>31398 Northwestern Hwy Ste D<br>Farmington Hills, MI 48334-2534 | | |

**SUMMONS NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>3/23/2018 | This summons expires<br>6/22/2018 | Court clerk<br>Inga Robertson |
|---|---|---|

**Family Division Cases** (The following is information required in the caption of every complaint and is to be completed by the plaintiff.)

☐ This case involves a minor who is under the continuing jurisdiction of another Michigan court. The name of the court, file number and details are on page _____ of the attached complaint.

☐ There is no other pending or resolved action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending.   The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**Civil Cases** (The following is information required in the caption of every complaint and is to be filled by the plaintiff.).

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ There is no other pending or resolved civil action arise out of the same transaction or occurrence as alleged in the complaint.

☐ An civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending.  The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Place where action arose or business conducted | |

Date _____     Signature of attorney/plaintiff _____

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (6/17) SUMMONS AND COMPLAINT MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

Note to Plaintiff : The summons is invalid unless
served on or before its expiration date.

**SUMMONS AND COMPLAINT**
**18-003307-NO**

## PROOF OF SERVICE

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE**          **OR**          ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☐ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

I declare that the statements above are true to the best of my information, knowledge and belief

| Service fee $ | Miles traveled $ | Fee $ | | | Signature |
|---|---|---|---|---|---|
| Incorrect Address fee $ | Miles traveled $ | Fee $ | | Total fee $ | Name (type or print) |

Title

Subscribed and sworn to before me on _____ , _____ County, Michigan.
Date

My commission expires: _____   Signature: _____
Date                                          Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments

_____ on _____
Day, date, time

_____ on behalf of _____

Signature

Approved, SCAO

| Original - Court<br>1st Copy- Defendant | 2nd Copy - Plaintiff<br>3rd Copy -Return |
|---|---|

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS AND COMPLAINT | CASE NO<br>18-003307-NO<br>Hon.David J. Allen |
|---|---|---|

Court Address 2 Woodward Ave., Detroit MI 48226      Court Telephone No. 313-224-0250

| Plaintiff<br><br>Sanderson, Alisa Mary | v | Defendant<br><br>Schnell, Ofc. |
|---|---|---|
| **Plaintiff's Attorney**<br><br>Iris E. Rubin 35065<br>31398 Northwestern Hwy Ste D<br>Farmington Hills, MI 48334-2534 | | |

**SUMMONS** NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>3/23/2018 | This summons expires<br>6/22/2018 | Court clerk<br>Inga Robertson |
|---|---|---|

**Family Division Cases** (The following is information required in the caption of every complaint and is to be completed by the plaintiff.)
☐ This case involves a minor who is under the continuing jurisdiction of another Michigan court.The name of the court, file number and details are on page _____ of the attached complaint.
☐ There is no other pending or resolved action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains    ☐ is no longer pending.    The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**Civil Cases** (The following is information required in the caption of every complaint and is to be filed by the plaintiff.)
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ There is no other pending or resolved civil action arise out of the same transaction or occurrence as alleged in the complaint.
☐ An civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains    ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Place where action arose or business conducted | |

Date _____      Signature of attorney/plaintiff _____

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (6/17) SUMMONS AND COMPLAINT MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

Note . ...ntiff :The summons is invalid unless
served on or before its expiration date.

**SUMMONS AND COMPLAINT**
**18-003307-NO**

## PROOF OF SERVICE

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE**  **OR**  ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that (notarization not required)

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that (notarization required)

☐ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the Summons and Complaint

_____

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

I declare that the statements above are true to the best of my information, knowledge and belief

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect Address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |

Title

Subscribed and sworn to before me on _____ , _____ County, Michigan.
Date

My commission expires: _____  Signature: _____
Date  Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments

_____ on _____
Day, date, time

_____ on behalf of _____
Signature

Approved, SCAO

| Original - Court | 2nd Copy - Plaintiff |
| 1st Copy- Defendant | 3rd Copy -Return |

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS AND COMPLAINT | CASE NO 18-003307-NO Hon.David J. Allen |

Court Address 2 Woodward Ave., Detroit MI 48226                    Court Telephone No. 313-224-0250

| **Plaintiff** Sanderson, Alisa Mary | v | **Defendant** Ciochon, Cpl. |
| **Plaintiff's Attorney** Iris E. Rubin 35065 31396 Northwestern Hwy Ste D Farmington Hills, MI 48334-2534 | | |

**SUMMONS** NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued 3/23/2018 | This summons expires 6/22/2018 | Court clerk Inga Robertson |

**Family Division Cases** (The following is information required in the caption of every complaint and is to be completed by the plaintiff.)
☐ This case involves a minor who is under the continuing jurisdiction of another Michigan court. The name of the court, file number and details are on page _____ of the attached complaint.
☐ There is no other pending or resolved action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains   ☐ is no longer pending.   The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |

**Civil Cases** (The following is information required in the caption of every complaint and is to be filed by the plaintiff.)
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ There is no other pending or resolved civil action arise out of the same transaction or occurrence as alleged in the complaint.
☐ An civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains   ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
| Place where action arose or business conducted | |

_____        _____
Date                                    Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (6/17) SUMMONS AND COMPLAINT MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

Note to Plaintiff : The summons is invalid unless
served on or before its expiration date.

**SUMMONS AND COMPLAINT**
**18-003307-NO**

## PROOF OF SERVICE

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of
expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete
service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE**          **OR**          ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed
court officer, or attorney for a party (MCR 2.104[A][2]), and
that          (notarization not required)

Being first duly sworn, I state that I am a legally competent
adult who is not a party or an officer of a corporate party, and
that (notarization required)

☐ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,
together with _____

List all documents served with the Summons and Complaint

_____

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have
been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge and belief

| Service fee $ | Miles traveled $ | Fee $ | | | Signature |
|---|---|---|---|---|---|
| Incorrect Address fee $ | Miles traveled $ | Fee $ | | Total fee $ | Name (type or print) |

Title

Subscribed and sworn to before me on _____ , _____ County, Michigan.
                                                    Date

My commission expires: _____   Signature: _____
                                  Date                    Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                 Attachments

_____ on _____
                                           Day, date, time

_____ on behalf of _____

Signature

Approved, SCAO

Original - Court
1st Copy- Defendant

2nd Copy - Plaintiff
3rd Copy -Return

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS AND COMPLAINT | CASE NO 18-003307-NO Hon.David J. Allen |
|---|---|---|

Court Address 2 Woodward Ave., Detroit MI 48226

Court Telephone No. 313-224-0250

| Plaintiff<br><br>Sanderson, Alisa Mary | v | Defendant<br><br>Swirple, Cpl. |
|---|---|---|
| **Plaintiff's Attorney**<br><br>Iris E. Rubin 35065<br>31396 Northwestern Hwy Ste D<br>Farmington Hills, MI 48334-2534 | | |

**SUMMONS NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>3/23/2018 | This summons expires<br>6/22/2018 | Court clerk<br>Inga Robertson |
|---|---|---|

**Family Division Cases** (The following is information required in the caption of every complaint and is to be completed by the plaintiff.)

☐ This case involves a minor who is under the continuing jurisdiction of another Michigan court. The name of the court, file number and details are on page _____ of the attached complaint.

☐ There is no other pending or resolved action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains   ☐ is no longer pending.   The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**Civil Cases** (The following is information required in the caption of every complaint and is to be filled by the plaintiff.)

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ There is no other pending or resolved civil action arise out of the same transaction or occurrence as alleged in the complaint.

☐ An civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains   ☐ is no longer pending.   The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Place where action arose or business conducted | |

| Date | Signature of attorney/plaintiff |
|---|---|

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (6/17) SUMMONS AND COMPLAINT MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

Note to Plaintiff :The summons is invalid unless
served on or before its expiration date.

**SUMMONS AND COMPLAINT
18-003307-NO**

## PROOF OF SERVICE

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE**        **OR**        ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☐ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

I declare that the statements above are true to the best of my information, knowledge and belief

| Service fee $ | Miles traveled $ | Fee $ | | | Signature |
|---|---|---|---|---|---|
| Incorrect Address fee $ | Miles traveled $ | Fee $ | | Total fee $ | Name (type or print) |

Title

Subscribed and sworn to before me on _____ , _____ County, Michigan.
Date

My commission expires: _____   Signature: _____
Date                                      Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments

_____ on _____
Day, date, time

on behalf of _____

Signature

Approved, SCAO

| | Original - Court<br>1st Copy- Defendant | 2nd Copy - Plaintiff<br>3rd Copy -Return |
|---|---|---|

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS AND COMPLAINT | CASE NO<br>18-003307-NO<br>Hon.David J. Allen |
|---|---|---|

Court Address 2 Woodward Ave., Detroit MI 48226                    Court Telephone No. 313-224-0250

| Plaintiff<br><br>Sanderson, Alisa Mary | v | Defendant<br><br>Doe, John/Jane |
|---|---|---|
| Plaintiff's Attorney<br><br>Iris E. Rubin 35065<br>31396 Northwestern Hwy Ste D<br>Farmington Hills, MI 48334-2534 | | |

**SUMMONS NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1.  You are being sued.
2.  YOU HAVE 21 DAYS after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state).
3.  If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>3/23/2018 | This summons expires<br>6/22/2018 | Court clerk<br>Inga Robertson |
|---|---|---|

**Family Division Cases** (The following is information required in the caption of every complaint and is to be completed by the plaintiff.)

☐ This case involves a minor who is under the continuing jurisdiction of another Michigan court.The name of the court, file number and details are on page _____ of the attached complaint.

☐ There is no other pending or resolved action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains      ☐ is no longer pending.     The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**Civil Cases** (The following is information required in the caption of every complaint and is to be filled by the plaintiff.)

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ There is no other pending or resolved civil action arise out of the same transaction or occurrence as alleged in the complaint.

☐ An civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains      ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Place where action arose or business conducted | |

_____          _____
Date                                  Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (6/17) SUMMONS AND COMPLAINT MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

Note to Plaintiff: The summons is invalid unless served on or before its expiration date.

**SUMMONS AND COMPLAINT**
**18-003307-NO**

---

### PROOF OF SERVICE

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

---

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE** | **OR** | ☐ **AFFIDAVIT OF PROCESS SERVER** |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the Summons and Complaint

_____

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge and belief

| Service fee $ | Miles traveled $ | Fee $ | | | Signature |
|---|---|---|---|---|---|
| Incorrect Address fee $ | Miles traveled $ | Fee $ | | Total fee $ | Name (type or print) |
| | | | | | Title |

Subscribed and sworn to before me on _____ . _____ County, Michigan.
Date

My commission expires: _____  Signature: _____
Date                                      Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

---

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments

_____ on _____
Day, date, time

_____ on behalf of _____
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALISA MARY SANDERSON,

      Plaintiff,

v.

                                        Case No. 18-11332
                                        Hon.
                                        WCCC Case No. 18-003307-NO

DEARBORN HEIGHTS POLICE OFFICERS
CORPORAL CARRIE HATTEN, OFFICER HERR,
OFFICER SCHNELL, CORPORAL CIOCHON,
CORPORAL SWIRPLE AND VARIOUS UNKNOWN
JOHN DOE OFFICERS OF THE DEARBORN HEIGHTS
POLICE DEPARTMENT,

      Defendants.

RUBIN & RUBIN, P.L.L.C
IRIS E. RUBIN (P35065)
Attorneys for Plaintiff
31396 Northwestern Hwy.
Farmington Hills, MI  48334
248.865.0022
irubin@rubinandrubinpllc.com

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
JEFFREY R. CLARK (P33074)
Attorneys for Defendants
17436 College Parkway
Livonia, MI  48152
734.261.2400
jclark@cmda-law.com

## PROOF OF SERVICE

00684860-1

I hereby certify that I am employed by the law firm of **CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**, attorneys for Defendants in the above-entitled cause of action, and that on April 30, 2018, I served correct copies of:  Notice of Petition for Removal of Action, Brief in Support of Notice of Petition for Removal of Action, Notice of Filing Petition of Removal, and this Proof of Service on:

CLERK OF THE COURT
WAYNE COUNTY CIRCUIT COURT
201 CAYMC
2 Woodward Avenue
Detroit, MI  48226

RUBIN & RUBIN, P.L.L.C
IRIS E. RUBIN (P35065)
Attorneys for Plaintiff
31396 Northwestern Hwy.
Farmington Hills, MI  48334

A copy of the foregoing document was filed with the Clerk of the Court **via the Court's E-service** which will serve **via the Court's E-service** upon all attorneys of record.

___s/Laura Helfer_____
Adminstrative Legal Assistant
lhelfer@cmda-law.com

00684860-1